of Rhode Island; *James A. Jackson,* Town Solicitor, for defendants-appellees.

March 19, 1970.

EQUITY No. 3149. LEON GLANTZ *v.* IRVING WINOGRAD. Appellant's motion to assign denied. State's motion to dismiss granted. *Aram K. Berberian,* for plaintiff-appellant. *Herbert F. DeSimone,* Attorney General, *G. John Gazerro, Jr.,* Special Asst. Attorney General, for defendant-appellee.

M. P. No. 981. BLANCHE E. HEICK *v.* CLAIRE RUZZO *et al.* Motion for leave to file petition for certiorari denied and Order of February 11, 1970 granting a stay of Superior Court order dissolving statutory attachments is vacated. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Felix A. Appolonia,* for respondents.

M. P. No. 992. CARL W. FRAZIER *v.* STATE. Motion for leave to file petition for writ of mandamus denied. *Carl W. Frazier,* petitioner, pro se. *Donald P. Ryan,* Assistant Attorney General, for respondent.